# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
### (Erie)

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-11227-TPA |
| Debtor(s) | : | |
| Alfred S. Ruth, Jr. | : | Chapter 13 |
| | : | |
| | : | Judge Thomas P. Agresti |
| Ronda J. Winnecour | : | |
| Movant | : | |
| | : | |
| The Money Source Inc. | : | |
| Respondent | : | |

## RESPONSE TO INTERIM CURE NOTICE FILED ON: 08/04/20

**Pursuant to Federal Bankruptcy Rule 3002.1(g), the Holder listed below is responding to the Notice of Final Cure Payment filed in the above referenced case.**

| | | | |
|---|---|---|---|
| **Name of creditor:** | The Money Source Inc. | **Last four digits** of any number you use to identify the debtor's account: | Xxxxxx9796 |

### Part 1: Pre-Petition Arrears - Court claim no. (if known) #14  (Docket Entry #92)

☒ Creditor agrees that the debtor(s) has paid in full the amount required to cure the pre-petition default to be paid through the Chapter 13 Plan as of the date of the Trustee's cure notice.

☐ Creditor does not agree that the debtor(s) has paid in full the amount required to cure the pre-petition default to be paid through the Chapter 13 Plan as of the date of the Trustee's cure notice.

If Creditor disagrees:
Amount of pre-petition arrears due at filing: _____
Amount received from the Chapter 13 Trustee: _____

Pre-Petition arrears remaining due: _____

### Part 2: Post-Petition Amounts

☐ Creditor agrees that the debtor(s) has paid all post-petition amounts due to be paid to the secured creditor as of the date of the Trustee's cure notice.

☒ Creditor does not agree that the debtor(s) has paid all post-petition amounts due to be paid to the secured creditor as of the date of the Trustee's cure notice.

If Creditor disagrees:
Post-Petition amounts remaining due: __$2,945.01_____

### Part 3: Sign Here

| | |
|---|---|
| Print Name: | Natalie Lea |
| Title: | Authorized Agent for The Money Source Inc. |
| Company: | Bonial & Associates, P.C. |

_____/s/ Natalie Lea
Signature

Address and telephone number:

08/04/2020
Date

P. O. Box 9013
Addison, TX 75001

Telephone:  (972) 643-6600         Email:     POCInquiries@BonialPC.com

**CERTIFICATE OF SERVICE**

      I certify that the foregoing notice has been served electronically on the Debtor's Counsel and the Chapter 13 Trustee and has been mailed to Debtor at the following address on or before August 4, 2020

**Debtor** *Via U.S. Mail*
Alfred S. Ruth, Jr.
2364 Lynnwood Drive
Hermitage, PA 16148

**Debtors' Attorney**
Gary V. Skiba
300 State Street, Suite 300
Erie, PA 16507

**Chapter 13 Trustee**
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

      Respectfully Submitted,

      /s/ Natalie Lea