**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| CASE NAME | Alfred S. Ruth, Jr. |
|---|---|
| CASE NO. | 17-11227-TPA |
| RELATED TO DOCUMENT NO. | 93 – Response to the Chapter 13 Trustee's Interim Notice of Cure of Arrears |

**NOTICE REGARDING**
**NONCONFORMING DOCUMENT**

The Response to the Chapter 13 Trustee's Interim Notice of Cure of Arrears that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

INCORRECT FORM USED. PLEASE REFILE USING OFFICIAL FORM B 4100R.

You must file a corrected Response within ten (10) days of the date of this notice.

Failure to meet this deadline may result in the pleading being denied without prejudice.

**Please attach a copy of this Notice to the front of the Response that is filed in response to this Notice.**

|  |  |
|---|---|
| August 17, 2020 | By:    /s/Melissa Guthrie |
| Date | Deputy Clerk |

#106c-I

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 17-11227-TPA
Alfred S. Ruth, Jr.                                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: mgut            Page 1 of 1           Date Rcvd: Aug 17, 2020
                              Form ID: pdf901      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2020.
           +Natalie Lee,    Agent for The Money Source Inc.,    Bonial & Associates, PC,    PO Box 9013,
            Addison, TX 75001-9013
cr         +THE MONEY SOURCE INC.,    14841 DALLAS PKWY SUITE 425,    Dallas, TX 75254-8067

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2020                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 17, 2020 at the address(es) listed below:
      Gary V. Skiba    on behalf of Debtor Alfred S. Ruth, Jr. gskiba@marshlaw.com,
   DGeniesse@marshlaw.com;rose227@hotmail.com
      James Warmbrodt    on behalf of Creditor    THE MONEY SOURCE INC. bkgroup@kmllawgroup.com
      Jerome B. Blank    on behalf of Creditor    THE MONEY SOURCE, INC. pawb@fedphe.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      Thomas Song    on behalf of Creditor    THE MONEY SOURCE, INC. pawb@fedphe.com
      William E. Craig    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing
   ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                            TOTAL: 7