FILED
9/11/20 2:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>Alfred S. Ruth, Jr.<br>               Debtor<br><br>The Money Source, Inc.<br>               Movant<br>  vs.<br><br>Alfred S. Ruth, Jr.<br>  and<br><br>Ronda J. Winnecour<br>               Respondents | Case No. 17-11227-TPA<br><br>CHAPTER 13<br><br>RELATED TO DOCUMENT NO. 97 |

**ORDER OF COURT**

*AND NOW,* this **11th** day of **September, 2020**, upon consideration of the Motion of The Money Source, Inc., for leave to release hazard insurance proceeds to third-party contractor, it is hereby ORDERED that the Motion is granted, and the Movant is hereby directed to pay to National Fire & Water Repair, a Division of Ben Rudick & Son, Inc., 865 E. Indianola Avenue, Youngstown, OH 44502-2309, hazard insurance funds held in restricted escrow in the amount of $178,469.12.

BY THE COURT:

_____ vas ___J.
U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 17-11227-TPA
Alfred S. Ruth, Jr.                                                   Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: mgut          Page 1 of 1          Date Rcvd: Sep 11, 2020
                              Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2020.
db             +Alfred S. Ruth, Jr.,    2364 Lynnwood Drive,    Hermitage, PA 16148-2119

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2020 at the address(es) listed below:
     Gary V. Skiba    on behalf of Debtor Alfred S. Ruth, Jr. gskiba@marshlaw.com,
      DGeniesse@marshlaw.com;rose227@hotmail.com
     James  Warmbrodt     on behalf of Creditor    THE MONEY SOURCE INC. bkgroup@kmllawgroup.com
     Jerome B. Blank    on behalf of Creditor    THE MONEY SOURCE, INC. pawb@fedphe.com
     Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
     Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
     Thomas  Song    on behalf of Creditor    THE MONEY SOURCE, INC. pawb@fedphe.com
     William E. Craig    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing
      ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                TOTAL: 7