IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| ALFRED S. RUTH, JR., | : | BANKRUPTCY NO. 17-11227-TPA |
| Debtor | : | |
| | : | CHAPTER NO. 13 |
| ALFRED S. RUTH, JR., | : | |
| Movant | : | DOCUMENT NO. |
| | : | |
| V. | : | Related to Doc. No.  104 |
| | : | |
| THE MONEY SOURCE INC., | : | |
| and RONDA J. WINNECOUR, ESQ., | : | |
| CHAPTER 13 TRUSTEE, | : | |
| Respondents | : | |

DECLARATION OF SUFFICIENCY OF PLAN

I, Gary V. Skiba, attorney for debtors, have reviewed the

debtors' plan dated October 19, 2018, recomputed the plan payment,

and find that the existing payment at $1,401.00/mo. as set forth

in the plan is sufficient to fund the plan with the adjusted monthly

payment. The new post-petition payment payable to The Money Source,

Inc., is $701.91 effective April 1, 2021, per the escrow notice

entered February 21, 2021.

Dated: March 9, 2021

By:/s/ Gary V. Skiba
    Gary V. Skiba, Esq.
    300 State Street, Suite 300
    Erie, PA 16507
    814/456-5301
    Attorney for Debtor
    PA Identification No. 18153

1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| ALFRED S. RUTH, JR., | : | BANKRUPTCY NO. 17-11227-TPA |
| Debtor | : | |
| | : | CHAPTER NO. 13 |
| ALFRED S. RUTH, JR., | : | |
| Movant | : | DOCUMENT NO. |
| | : | |
| V. | : | Related to Doc. No.  104 |
| | : | |
| THE MONEY SOURCE INC., | : | |
| and RONDA J. WINNECOUR, ESQ., | : | |
| CHAPTER 13 TRUSTEE, | : | |
| Respondents | : | |

CERTIFICATE OF SERVICE

I certify that copies of the foregoing declaration were mailed

this date by first class mail, postage prepaid, to all creditors

and interested parties set forth on the attached matrix.

Type of service made on the party below was electronic notification:

Ronda J. Winnecour, Esq.
cmecf@chapter13trusteewdpa.com

Dated:   March 9, 2021


                              /s/ Gary V. Skiba
                              Gary V. Skiba, Esq.

47676-bkr

Label Matrix for local noticing
0315-1
Case 17-11227-TPA
WESTERN DISTRICT OF PENNSYLVANIA
Erie
Tue Mar  9 12:55:14 EST 2021

ACAR Leasing LTD d/b/a GM Financial Leasing
4000 Embarcadero Dr.
Arlington, TX 76014-4101

ACAR Leasing LTD d/b/a GM Financial Leasing
PO Box 183853
Arlington, TX 76096-3853

Barclays Bank Delaware
PO Box 8803
Wilmington, DE 19899-8803

Jerome B. Blank
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard
Philadelphia, PA 19103-1821

Capital One
PO Box 30285
Salt Lake City , UT 84130-0285

Celtic Bank
c/o Service Finance Co., LLC
555 S. Federal Hwy #200
Boca Raton, FL 33432-6033

Comenity Bank/GNTEAGLE
PO Box 182789
Columbus, OH 43218-2789

Comenity Bank/KINGSIZE
PO Box 182789
Columbus, OH 43218-2789

William E. Craig
Morton and Craig LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057-3125

Edward Ruth
2393 Lynnwood Drive
Hermitage, PA 16148-2120

FINGERHUT/WEBANK
6250 Ridgwood Road
Saint Cloud, MN 56303-0820

FNB Consumer Discount
41A Hadley Road
Greenville, PA 16125-1239

GM Financial
75 Remittance Drive, Suite 1738
Chicago , IL 60675-1738

Huntington Bank
1 East State Street, #100
Sharon , PA 16146-1745

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Kelly Thompson and Cody Walter
7763 Park Place
Masury, OH 44438-9700

Mercer County Credit Union
428 N. Sharpsville Ave.
Sharon, PA 16146-2120

Brian Nicholas
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Penn-Ohio Roofing & Siding LLC
499 Smith Avenue
Hermitage , PA 16148-1978

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA  98083-0788

Regency Finance Company
41A Hadley Road
Greenville, PA 16125-1239

Alfred S. Ruth Jr.
2364 Lynnwood Drive
Hermitage, PA 16148-2119

SYNCB/AMAZON PLCC
PO Box 965036
Orlando, FL 32896-5036

SYNCB/WALMART
Po Box 965036
Orlando, FL 32896-5036

Service Finance Company LLC
PO Box 561486
Denver, CO 80256-1486

Seventh Avenue
1112 Seventh Avenue
Monroe, WI 53566-1364

Seventh Avenue
c/o Creditors Bankruptcy Service
P O Box 800849
Dallas, TX 75380-0849

Gary V. Skiba
300 State Street, Suite 300
Erie, PA 16507-1430

Thomas Song
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard
Suite 1400
Philadelphia, PA 19103-1814

THE MONEY SOURCE INC.
14841 DALLAS PKWY SUITE 425
Dallas, TX 75254-8067

THE MONEY SOURCE, INC.
500 SOUTH BROAD ST., SUITE 100A
MERIDEN CT 06450-6755

Tender Fillet
PO Box 2814
Monroe, WI 53566-8014

The Money Source
135 Maxess Road
Melville, NY 11747-3801

The Swiss Colony
c/o Creditors Bankruptcy Service
P O Box 800849
Dallas, TX 75380-0849

Wade Foltz & Associates Real Estate, Inc.
1114 State Route 7 S.E.
Hubbard, OH 44425-3071

Elwood M. Walker
Hoffman & Walker Co., L.P.A.
7553 Warren Sharon Road
Brookfield, OH 44403-9796

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

(u)THE MONEY SOURCE, INC.

(d)The Money Source Inc.
14841 Dallas Pkwy Suite 425
Dallas, TX 75254-8067

End of Label Matrix
Mailable recipients    42
Bypassed recipients     3
Total                  45