IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 17-11227TPA |
| Alfred S. Ruth, Jr. | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Related to: Claim No 1 |
| | ) | |
| RONDA J. WINNECOUR, | ) | |
| Chapter 13 Standing Trustee, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Regency Finance Company | ) | |
| | ) | |
| Respondent(s). | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of the Court Order filed at Document number 111 upon the following, by regular United States mail, postage prepaid:

Regency Finance Company
Attn: Christopher M Hammond
41 A Hadley Road
Greenville, PA  16125

7/7/2021                                    /s/Roberta Saunier

Date                                         Administrative Assistant
                                             Office of the Chapter 13 Trustee
                                             US Steel Tower – Suite 3250
                                             600 Grant Street
                                             Pittsburgh, PA  15219
                                             (412) 471-5566
                                             cmecf@chapter13trusteewdpa.com