FILED
7/6/21 1:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 17-11227TPA |
| Alfred S. Ruth, Jr. | Chapter 13 |
| Debtor(s). | Related to: Claim No 1 |
| RONDA J. WINNECOUR, Chapter 13 Standing Trustee, | |
| Movant, | Related Document No. 108 |
| vs. | |
| Regency Finance Company | |
| Respondent(s). | |

### ORDER OF COURT

AND NOW, this 6th day of July, 2021, upon consideration of the Trustee's Objection to Claim No. 1 and any responses thereto, it is hereby ORDERED that:

(a) Claim Number 1 filed by the above captioned Respondent is disallowed in its entirety; and No fees, costs or charges shall be allowed for defending this objection.

BY THE COURT:

_____ asg
U.S. Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:   Case No. 17-11227-TPA
Alfred S. Ruth, Jr.   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: mgut     Page 1 of 2
Date Rcvd: Jul 06, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alfred S. Ruth, Jr., 2364 Lynnwood Drive, Hermitage, PA 16148-2119 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor THE MONEY SOURCE INC. bnicholas@kmllawgroup.com |
| Gary V. Skiba | on behalf of Debtor Alfred S. Ruth Jr. gskiba@marshlaw.com, DGeniesse@marshlaw.com;rose227@hotmail.com |
| Jerome B. Blank | on behalf of Creditor THE MONEY SOURCE INC. pawb@fedphe.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor THE MONEY SOURCE INC. pawb@fedphe.com |

| | | |
|---|---|---|
| District/off: 0315-1 | User: mgut | Page 2 of 2 |
| Date Rcvd: Jul 06, 2021 | Form ID: pdf900 | Total Noticed: 1 |

William E. Craig
                            on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com
                            mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 7