IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| ALFRED S. RUTH, JR., | : BANKRUPTCY NO. 17-11227-GLT |
|     Debtor | : |
| | : CHAPTER NO. 13 |
| ALFRED S. RUTH, JR., | : |
|     Movant | : DOCUMENT NO. |
| | : |
|     V. | : Related to Doc. No. 67 |
| | : and Claim No. 14 Doc |
| THE MONEY SOURCE INC., | : |
| and RONDA J. WINNECOUR, ESQ., | : |
| CHAPTER 13 TRUSTEE, | : |
|     Respondents | : |

DECLARATION OF SUFFICIENCY OF PLAN

I, Gary V. Skiba, attorney for debtors, have reviewed the debtor's plan dated October 5, 2018, Doc. No. 67, recomputed the plan payment, and find that the existing payment at $1,401.00/mo. as set forth in the plan is sufficient to fund the plan with the adjusted monthly payment. The new post-petition payment payable to The Money Source, Inc., is $666.85 effective February 1, 2023, per the Notice of Mortgage Payment Change entered December 20, 2022.

Dated: January 4, 2023

                                          By: /s/ Gary V. Skiba
                                              Gary V. Skiba, Esq.
                                              300 State Street, Suite 300
                                              Erie, PA 16507
                                              814/456-5301
                                              Attorney for Debtor
                                              PA Identification No. 18153

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| ALFRED S. RUTH, JR., | : | BANKRUPTCY NO. 17-11227-GLT |
|     Debtor | : | |
| | : | CHAPTER NO. 13 |
| ALFRED S. RUTH, JR., | : | |
|     Movant | : | DOCUMENT NO. |
| | : | |
|     V. | : | Related to Doc. No. 67 |
| | : | |
| THE MONEY SOURCE INC., | : | |
| and RONDA J. WINNECOUR, ESQ., | : | |
| CHAPTER 13 TRUSTEE, | : | |
|     Respondents | : | |

## CERTIFICATE OF SERVICE

I certify that copies of the foregoing declaration were mailed this date by first class mail, postage prepaid, to all creditors and interested parties set forth on the attached matrix.

Type of service made on the party below was electronic notification:

Ronda J. Winnecour, Esq.
cmecf@chapter13trusteewdpa.com

Dated:   January 4, 2023

                                       /s/ Gary V. Skiba
                                       Gary V. Skiba, Esq.

50075-bkr

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-1<br>Case 17-11227-GLT<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Erie<br>Tue Jan  3 13:55:16 EST 2023 | ACAR Leasing LTD d/b/a GM Financial Leasing<br>4000 Embarcadero Dr.<br>Arlington, TX 76014-4101 | ACAR Leasing LTD d/b/a GM Financial Leasing<br>PO Box 183853<br>Arlington, TX 76096-3853 |
| Barclays Bank Delaware<br>PO Box 8803<br>Wilmington, DE 19899-8803 | Jerome B. Blank<br>Pincus Law Group, PLLC<br>2929 Arch Street<br>Ste 17th Floor<br>Philadelphia, PA 19104-2857 | Capital One<br>PO Box 30285<br>Salt Lake City , UT 84130-0285 |
| Celtic Bank<br>c/o Service Finance Co., LLC<br>555 S. Federal Hwy #200<br>Boca Raton, FL 33432-6033 | Comenity Bank/GNTEAGLE<br>PO Box 182789<br>Columbus, OH 43218-2789 | Comenity Bank/KINGSIZE<br>PO Box 182789<br>Columbus, OH 43218-2789 |
| William E. Craig<br>Morton and Craig LLC<br>110 Marter Avenue<br>Suite 301<br>Moorestown, NJ 08057-3125 | Edward Ruth<br>2393 Lynnwood Drive<br>Hermitage, PA 16148-2120 | FINGERHUT/WEBANK<br>6250 Ridgwood Road<br>Saint Cloud, MN 56303-0820 |
| FNB Consumer Discount<br>41A Hadley Road<br>Greenville, PA 16125-1239 | GM Financial<br>75 Remittance Drive, Suite 1738<br>Chicago , IL 60675-1738 | Huntington Bank<br>1 East State Street, #100<br>Sharon , PA 16146-1745 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Kelly Thompson and Cody Walter<br>7763 Park Place<br>Masury, OH 44438-9700 | Mercer County Credit Union<br>428 N. Sharpsville Ave.<br>Sharon, PA 16146-2120 |
| Brian Nicholas<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Penn-Ohio Roofing & Siding LLC<br>499 Smith Avenue<br>Hermitage , PA 16148-1978 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Regency Finance Company<br>41A Hadley Road<br>Greenville, PA 16125-1239 |
| Alfred S. Ruth Jr.<br>2364 Lynnwood Drive<br>Hermitage, PA 16148-2119 | SYNCB/AMAZON PLCC<br>PO Box 965036<br>Orlando, FL 32896-5036 | SYNCB/WALMART<br>Po Box 965036<br>Orlando, FL 32896-5036 |

| | | |
|---|---|---|
| Service Finance Company LLC<br>PO Box 561486<br>Denver, CO 80256-1486 | Seventh Avenue<br>1112 Seventh Avenue<br>Monroe, WI 53566-1364 | Seventh Avenue<br>c/o Creditors Bankruptcy Service<br>P O Box 800849<br>Dallas, TX 75380-0849 |
| Gary V. Skiba<br>300 State Street, Suite 300<br>Erie, PA 16507-1430 | Thomas Song<br>Phelan Hallinan Diamond & Jones, LLP<br>1617 JFK Boulevard<br>Suite 1400<br>Philadelphia, PA 19103-1814 | THE MONEY SOURCE INC.<br>14841 DALLAS PKWY SUITE 425<br>Dallas, TX 75254-8067 |
| THE MONEY SOURCE, INC.<br>500 SOUTH BROAD ST., SUITE 100A<br>MERIDEN CT 06450-6755 | Tender Fillet<br>PO Box 2814<br>Monroe, WI 53566-8014 | The Money Source<br>135 Maxess Road<br>Melville, NY 11747-3801 |
| The Swiss Colony<br>c/o Creditors Bankruptcy Service<br>P O Box 800849<br>Dallas, TX 75380-0849 | Wade Foltz & Associates Real Estate, Inc.<br>1114 State Route 7 S.E.<br>Hubbard, OH 44425-3071 | Elwood M. Walker<br>Hoffman & Walker Co., L.P.A.<br>7553 Warren Sharon Road<br>Brookfield, OH 44403-9796 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | Bonial & Associates, P.C.<br>Attn.: Paul W. Cervenka<br>14841 Dallas Parkway, Suite 425<br>Dallas TX 75254 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | (u)THE MONEY SOURCE, INC. | (d)The Money Source Inc.<br>14841 Dallas Pkwy Suite 425<br>Dallas, TX 75254-8067 |

End of Label Matrix
Mailable recipients    42
Bypassed recipients     3
Total                  45