2100 B (12/15)

# United States Bankruptcy Court

### WESTERN DISTRICT OF PENNSYLVANIA
### Case No. 17-11227-GLT
### Chapter 13

In re: Debtor(s) (including Name and Address)

Alfred S. Ruth, Jr.
2364 Lynnwood Drive
Hermitage PA 16148

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/16/2023.

Name and Address of Alleged Transferor(s):

Claim No. 14: THE MONEY SOURCE, INC., 500 SOUTH BROAD ST., SUITE 100A, MERIDEN CT 06450

Name and Address of Transferee:

Allied First Bank, SB dba Servbank
3138 E Elwood St
Phoenix, Arizona 85034

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   04/19/23

Michael R. Rhodes
### CLERK OF THE COURT

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 17-11227-GLT

Alfred S. Ruth, Jr.                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1                        User: auto                              Page 1 of 2
Date Rcvd: Apr 17, 2023                     Form ID: trc                     Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2023:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14816404 | + | Email/Text: BK@servicingdivision.com | Apr 17 2023 23:41:00 | THE MONEY SOURCE, INC., 500 SOUTH BROAD ST., SUITE 100A, MERIDEN CT 06450-6755 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2023                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor THE MONEY SOURCE INC. bnicholas@kmllawgroup.com |
| Gary V. Skiba | on behalf of Debtor Alfred S. Ruth  Jr. gskiba@marshlaw.com, DGeniesse@marshlaw.com;rose227@hotmail.com |
| Jerome B. Blank | on behalf of Creditor THE MONEY SOURCE  INC. jblank@pincuslaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

Thomas Song

on behalf of Creditor THE MONEY SOURCE  INC. pawb@fedphe.com

William E. Craig

on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com
mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 7