**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
4/20/23 11:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 17-11227-GLT |
| | : | Chapter: | 13 |
| Alfred S. Ruth, Jr. | : | | |
| | : | | |
| | : | Date: | 4/19/2023 |
| *Debtor(s).* | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER:**    #117 - Trustee's Motion to Dismiss Case
#119 - Response filed by Debtor

**APPEARANCES**:

Trustee:    Ronda J. Winnecour

**NOTES:**    [10:00]

Winnecour: Attorney Sibka is not here because he forgot to register for the zoom, however he spoke with the trustee this morning. Trustee is withdrawing the motion.

**OUTCOME:**

1) For the reasons stated on the record, the *Trustee's Motion to Dismiss* [Dkt. No. 117] is DENIED as withdrawn. [Text order].

**DATED:** 4/19/2023