IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
IN RE:                             :
ALFRED S. RUTH, JR.                : BANKRUPTCY NO. 17-11227-GLT
        Debtor                     :
                                   : CHAPTER 13
```

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the term of Section 1328(a) of the Bankruptcy Code. The debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On February 18, 2018, the Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a Certification of Completion of Postpetition Instructional Course in Personal Financial Management.

This Certification is being signed under penalty of perjury by the undersigned counsel who duly questioned the debtors about the statements in this Certification and verified the answer in support of this Certification.

Dated: April 24, 2023

```
                        By: /s/ Gary V. Skiba
                            Gary V. Skiba
                            300 State St., Suite 300
                            Erie, PA 16507
                            gskiba@marshlaw.com
                            814/456-5301
                            PA ID No. 18153
```