UNITED STATES BANKRUPTCY COURT
FOR WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Alfred Ruth  
2364 Lynnwood DR  
Hermitage, PA 16148

CHAPTER: 13  
CASE NUMBER: 17-11227  
CLAIM AMOUNT: $1453.09

Debtors.

_____

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM   #8

COMES NOW,  , and pursuant to Rule 3006, F.R.Bkcy.P., hereby withdraws its Proof of Claim, filed 4/5/2018, in the amount of $1453.09.

hereby releases and discharges the Chapter 13 Trustee from any further liability for said Proof of Claim, and specifically requests the Chapter 13 Trustee to discontinue any and all disbursements in connection with said Proof of Claim.

This 5th day of May, 2023.

By: /s/ Karen Borgmann  
Karen Borgmann   Bankruptcy Specialist

Jefferson Capital Systems, LLC  
16 McLeland Rd  
St. Cloud, MN 56303  
(800) 928-7314

**CERTIFICATE OF SERVICE**

I do hereby certify that I served a copy of the NOTICE OF WITHDRAWAL OF

PROOF OF CLAIM filed in the Bankruptcy case on:

| | |
|---|---|
| Debtor: | Alfred Ruth<br>2364 Lynnwood DR<br>Hermitage, PA 16148 |
| Debtor's Attorney: | Gary Skiba<br>345 W 6TH ST<br>Erie, PA 16507 |
| Chapter 13 Trustee: | Ronda Winnecour<br>600 Grant St<br>Pittsburgh, PA 15219-2712 |

by submitting electronically with the court.

This 5th day of May, 2023.

By: /s/ Karen Borgmann
Karen Borgmann   Bankruptcy Specialist

Jefferson Capital Systems, LLC
16 McLeland Rd
St. Cloud, MN 56303
(800) 928-7314