**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **ALFRED S. RUTH, JR.** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** (State) |
| Case Number: | **17-11227GLT** |

# Form 4100N
# Notice of Final Cure Payment                                              10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

## Part 1: Mortgage Information

| | |
|---|---|
| Name of creditor: | ALLIED FIRST BANK SB D/B/A SERVBANK |
| Court claim no. (if known): | 14 |
| Last 4 digits of any number you use to identify the debtor's account | 9 7 9 6 |
| Property Address: | 2364 LYNNWOOD DR<br>HERMITAGE PA 16148 |

## Part 2: Cure Amount

**Total cure disbursments made by the trustee:**                                                              **Amount**

| | | | |
|---|---|---|---|
| a. | Allowed prepetition arrearage: | (a) $ | 853.42 |
| b. | Prepetition arrearage paid by the trustee: | (b) $ | 853.42 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | 0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | 0.00 |
| e. | Allowed postpetition arrearage: | (e) $ | 0.00 |
| f. | Postpetition arrearage paid by the trustee: | + (f) $ | 0.00 |
| g. | **Total.** Add lines b, d, and f. | (g) $ | 853.42 |

## Part 3: Postpetition Mortgage Payment

*Check one*

☐ Mortgage is paid through the trustee.

Current monthly mortgage payment                                                                       $    $666.85

The next postpetition payment is due on    3 / 1 / 2023
                                                                MM / DD / YYYY

✎ Mortgage is paid directly by the debtor(s).

| Debtor 1 | **ALFRED S. RUTH, JR.** | Case number *(if known)* | **17-11227GLT** |
|---|---|---|---|
| | Name | | |

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

/s/ Ronda J. Winnecour  
Signature

Date 06/29/2023

| Trustee | Ronda J. Winnecour |
|---|---|
| Address | CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA 15219 |
| Contact phone | (412) 471-5566 |
| Email | cmecf@chapter13trusteewdpa.com |

| Debtor 1 | ALFRED S. RUTH, JR. | Case number *(if known)* | 17-11227GLT |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE ARR. (Part 2 (b))** | | | | |
| 05/26/2020 | 1161449 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 567.67 |
| 06/26/2020 | 1164610 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 285.75 |
| | | | | 853.42 |
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 02/23/2018 | 1071978 | THE MONEY SOURCE | AMOUNTS DISBURSED TO CREDITOR | 844.48 |
| 03/28/2018 | 1075187 | THE MONEY SOURCE | AMOUNTS DISBURSED TO CREDITOR | 312.23 |
| 04/24/2018 | 1078416 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 161.32 |
| 05/25/2018 | 1081699 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 85.50 |
| 08/28/2018 | 1091283 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 389.72 |
| 09/25/2018 | 1094411 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 494.54 |
| 10/29/2018 | 1097666 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 533.27 |
| 11/27/2018 | 1100778 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 541.64 |
| 12/21/2018 | 1103872 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 2,187.28 |
| 01/25/2019 | 1107132 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 466.39 |
| 02/25/2019 | 1110351 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 499.09 |
| 03/25/2019 | 1113643 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 598.35 |
| 05/24/2019 | 1120368 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 655.27 |
| 07/29/2019 | 1127223 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 730.27 |
| 08/27/2019 | 1130708 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 781.76 |
| 09/24/2019 | 1133950 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 828.11 |
| 10/24/2019 | 1137342 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 875.53 |
| 11/25/2019 | 1140797 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 924.66 |
| 12/23/2019 | 1144178 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 1,221.32 |
| 01/28/2020 | 1147647 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 1,268.80 |
| 02/25/2020 | 1151184 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 1,250.93 |
| 03/23/2020 | 1154663 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 1,203.18 |
| 04/27/2020 | 1158116 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 1,113.44 |
| 05/26/2020 | 1161449 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 701.74 |
| 06/26/2020 | 1164610 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 602.22 |
| 07/29/2020 | 1167689 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 602.22 |
| 08/25/2020 | 1170766 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 602.22 |
| 09/28/2020 | 1173881 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 602.22 |
| 10/26/2020 | 1176956 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 602.22 |
| 11/24/2020 | 1180007 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 602.22 |
| 12/21/2020 | 1182939 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 602.22 |
| 01/25/2021 | 1185941 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 602.22 |
| 02/22/2021 | 1189063 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 602.22 |
| 03/26/2021 | 1192380 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 701.91 |
| 04/26/2021 | 1195619 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 701.91 |
| 05/25/2021 | 1198730 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 701.91 |
| 06/25/2021 | 1201910 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 701.91 |
| 07/21/2021 | | THE MONEY SOURCE INC | CONTINUING DEBT REFUND | -1,156.71 |
| 07/26/2021 | 1205106 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 1,858.62 |
| 08/26/2021 | 1208259 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 701.91 |
| 09/24/2021 | 1211367 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 701.91 |
| 10/25/2021 | 1214434 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 701.91 |
| 11/22/2021 | 1217459 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 701.91 |
| 12/23/2021 | 1220546 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 701.91 |
| 01/26/2022 | 1223597 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 701.91 |
| 02/23/2022 | 1226454 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 701.91 |
| 03/25/2022 | 1229447 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 701.91 |
| 04/26/2022 | 1232488 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 701.91 |
| 05/25/2022 | 1235517 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 701.91 |
| 06/27/2022 | 1238541 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 701.91 |
| 07/26/2022 | 1241478 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 701.91 |
| 08/24/2022 | 1244346 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 701.91 |
| 09/27/2022 | 1247234 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 701.91 |
| 10/25/2022 | 1250026 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 701.91 |
| 11/23/2022 | 1252825 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 4,962.30 |
| 01/26/2023 | 1258290 | THE MONEY SOURCE INC | AMOUNTS DISBURSED TO CREDITOR | 666.85 |
| | | | | 43,756.15 |

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

ALFRED S. RUTH, JR.
C/O GARY SKIBA ESQ
MARSH LAW FIRM
300 STATE ST STE 300
ERIE, PA  16507

GARY SKIBA ESQ**
MARSH LAW FIRM
300 STATE ST STE 300
ERIE, PA  16507

ALLIED FIRST BANK SB D/B/A SERVBANK
ATTN CASHIERING
3138 E ELWOOD ST
PHOENIX, AZ  85034

THE MONEY SOURCE INC
500 SOUTH BROAD ST STE 100A
MERIDEN, CT  06450

BONIAL & ASSOCIATES PC
14841 DALLAS PARKWAY, SUITE 425
DALLAS, TX  75254


6/29/23                                    /s/ Roberta Saunier
                                           Administrative Assistant
                                           Office of the Chapter 13 Trustee