**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| ALFRED S. RUTH, JR. | Case No.:17-11227 |
| Debtor(s) | Chapter 13 |
| Ronda J. Winnecour<br>Chapter 13 Trustee,<br>    Movant<br>  vs.<br>No Respondents. | Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

June 26, 2023

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

  1. The case was filed on 11/16/2017 and confirmed on 1/24/18 . The case was subsequently
Completed After Confirmation

  2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 98,843.25 |
| Less Refunds to Debtor | 13,100.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 85,743.25 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 7,043.08 | |
|   Trustee Fee | 3,896.04 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,939.12 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   ALLIED FIRST BANK SB D/B/A SERVBANK | 0.00 | 43,756.15 | 0.00 | 43,756.15 |
|     Acct: 9796 | | | | |
|   ALLIED FIRST BANK SB D/B/A SERVBANK | 853.42 | 853.42 | 0.00 | 853.42 |
|     Acct: 9796 | | | | |
| | | | | 44,609.57 |
| **Priority** | | | | |
|   GARY SKIBA ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALFRED S. RUTH, JR. | 13,100.00 | 13,100.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   YOCHIM SKIBA & NASH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GARY SKIBA ESQ** | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GARY SKIBA ESQ** | 3,543.08 | 3,543.08 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXX8-18 | | | | |
|   ACAR LEASING LTD D/B/A GM FINANCIAL | 5,518.10 | 5,518.10 | 0.00 | 5,518.10 |
|     Acct: 0248 | | | | |
|   ACAR LEASING LTD D/B/A GM FINANCIAL | 4,623.00 | 4,623.00 | 0.00 | 4,623.00 |
|     Acct: 4673 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0663 | | | | |
| | | | | 10,141.10 |
| **Unsecured** | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 3,230.19 | 1,633.12 | 0.00 | 1,633.12 |
|     Acct: 4737 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 5,734.68 | 2,899.34 | 0.00 | 2,899.34 |
|     Acct: 8390 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA FU | 3,029.27 | 1,531.54 | 0.00 | 1,531.54 |
|     Acct: 2888 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA FU | 539.22 | 272.62 | 0.00 | 272.62 |
|     Acct: 2722 | | | | |
|   EDWARD RUTH | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: | | | | |
| | FNB CONSUMER DISCOUNT CO++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 01 | | | | |
| | HUNTINGTON NATIONAL BANK FKA HUNT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9717 | | | | |
| | MERCER COUNTY CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9859 | | | | |
| | PENN OHIO ROOFING AND SIDING++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CELTIC BANK | 12,228.13 | 6,182.30 | 0.00 | 6,182.30 |
| | Acct: 8700 | | | | |
| | SEVENTH AVENUE | 1,498.22 | 757.47 | 0.00 | 757.47 |
| | Acct: 7570 | | | | |
| | QUANTUM3 GROUP LLC AGNT - MOMA FU | 5,640.43 | 2,851.69 | 0.00 | 2,851.69 |
| | Acct: 2190 | | | | |
| | QUANTUM3 GROUP LLC AGNT - MOMA FU | 4,886.86 | 2,470.70 | 0.00 | 2,470.70 |
| | Acct: 9980 | | | | |
| | TENDER FILLET | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2177 | | | | |
| | REGENCY FINANCE CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0131 | | | | |
| | THE SWISS COLONY | 1,254.18 | 634.09 | 0.00 | 634.09 |
| | Acct: 784A | | | | |
| | ACAR LEASING LTD D/B/A GM FINANCIAL | 1,623.07 | 820.59 | 0.00 | 820.59 |
| | Acct: 0248 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9980 | | | | |
| | KELLY THOMPSON AND CODY WALTER++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | THOMAS SONG ESQ FOR JODI L HAUSE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 20,053.46 |

TOTAL PAID TO CREDITORS                                                                        74,804.13

TOTAL CLAIMED
PRIORITY          10,141.10
SECURED              853.42
UNSECURED      39,664.25

Date: 06/26/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    ALFRED S. RUTH, JR.

        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:17-11227

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Alfred S. Ruth, Jr.  
    Debtor

Case No. 17-11227-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 3  
Date Rcvd: Jun 27, 2023      Form ID: pdf900      Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alfred S. Ruth, Jr., 2364 Lynnwood Drive, Hermitage, PA 16148-2119 |
| sp | #+ | Elwood M. Walker, Hoffman & Walker Co., L.P.A., 7553 Warren Sharon Road, Brookfield, OH 44403-9796 |
| 14730083 | + | Edward Ruth, 2393 Lynnwood Drive, Hermitage, PA 16148-2120 |
| 14730085 | | FNB Consumer Discount, 41A Hadley Road, Greenville, PA 16125-1239 |
| 14730086 | | GM Financial, 75 Remittance Drive, Suite 1738, Chicago, IL 60675-1738 |
| 14730088 | + | Kelly Thompson and Cody Walter, 7763 Park Place, Masury, OH 44438-9700 |
| 14730089 | | Mercer County Credit Union, 428 N. Sharpsville Ave., Sharon, PA 16146-2120 |
| 14730090 | + | Penn-Ohio Roofing & Siding LLC, 499 Smith Avenue, Hermitage, PA 16148-1978 |
| 14753649 | + | Regency Finance Company, 41A Hadley Road, Greenville, PA 16125-1239 |
| 14730091 | | Service Finance Company LLC, PO Box 561486, Denver, CO 80256-1486 |
| 14730095 | + | Tender Fillet, PO Box 2814, Monroe, WI 53566-8014 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 28 2023 00:52:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | + | Email/Text: BK@servicingdivision.com | Jun 28 2023 00:52:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, AZ 85034-7210 |
| cr | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 28 2023 00:53:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 5632-9617 |
| cr | + | Email/Text: TheMoneySourceBKNotices@nationalbankruptcy.com | Jun 28 2023 00:52:00 | THE MONEY SOURCE INC., 14841 DALLAS PKWY SUITE 425, Dallas, TX 75254-8067 |
| 14814167 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 28 2023 00:52:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 15591650 | + | Email/Text: BK@servicingdivision.com | Jun 28 2023 00:52:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 14730079 | | Email/Text: BarclaysBankDelaware@tsico.com | Jun 28 2023 00:52:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 14730080 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 28 2023 01:46:17 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14810057 | + | Email/Text: servicing@svcfin.com | Jun 28 2023 00:52:00 | Celtic Bank, c/o Service Finance Co., LLC, 555 S. Federal Hwy #200, Boca Raton, FL 33432-6033 |
| 14730081 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 28 2023 00:52:00 | Comenity Bank/GNTEAGLE, PO Box 182789, Columbus, OH 43218-2789 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14730082 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 28 2023 00:52:00 | | Comenity Bank/KINGSIZE, PO Box 182789, Columbus, OH 43218-2789 |
| 14730084 | | Email/Text: bnc-bluestem@quantum3group.com Jun 28 2023 00:53:00 | | FINGERHUT/WEBANK, 6250 Ridgwood Road, Saint Cloud, MN 56303-0820 |
| 14730087 | + | Email/Text: bankruptcy@huntington.com Jun 28 2023 00:53:00 | | Huntington Bank, 1 East State Street, #100, Sharon, PA 16146-1745 |
| 14805653 | | Email/Text: JCAP_BNC_Notices@jcap.com Jun 28 2023 00:53:00 | | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14773655 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 28 2023 01:46:48 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14731276 | + | Email/PDF: rmscedi@recoverycorp.com Jun 28 2023 01:07:13 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14805087 | | Email/Text: bnc-quantum@quantum3group.com Jun 28 2023 00:52:00 | | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14730093 | | Email/PDF: gecsedi@recoverycorp.com Jun 28 2023 01:07:08 | | SYNCB/AMAZON PLCC, PO Box 965036, Orlando, FL 32896-5036 |
| 14730094 | | Email/PDF: gecsedi@recoverycorp.com Jun 28 2023 01:19:19 | | SYNCB/WALMART, Po Box 965036, Orlando, FL 32896-5036 |
| 14730092 | + | Email/Text: bankruptcy@sccompanies.com Jun 28 2023 00:53:00 | | Seventh Avenue, 1112 Seventh Avenue, Monroe, WI 53566-1364 |
| 14756585 | + | Email/Text: bankruptcy@sccompanies.com Jun 28 2023 00:53:00 | | Seventh Avenue, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 14816404 | + | Email/Text: BK@servicingdivision.com Jun 28 2023 00:52:00 | | THE MONEY SOURCE, INC., 500 SOUTH BROAD ST., SUITE 100A, MERIDEN CT 06450-6755 |
| 14756586 | + | Email/Text: bankruptcy@sccompanies.com Jun 28 2023 00:53:00 | | The Swiss Colony, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | THE MONEY SOURCE, INC. |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | The Money Source Inc., 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| r | ##+ | Wade Foltz & Associates Real Estate, Inc., 1114 State Route 7 S.E., Hubbard, OH 44425-3071 |
| 14730096 | ## | The Money Source, 135 Maxess Road, Melville, NY 11747-3801 |

TOTAL: 1 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 27, 2023 | Form ID: pdf900 | Total Noticed: 34 |

Date: Jun 29, 2023   Signature:   /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2023 at the address(es) listed below:**

**Name**          **Email Address**

Brian Nicholas
　　on behalf of Creditor THE MONEY SOURCE INC. bnicholas@kmllawgroup.com

Gary V. Skiba
　　on behalf of Debtor Alfred S. Ruth Jr. gskiba@marshlaw.com, DGeniesse@marshlaw.com;rose227@hotmail.com

Jerome B. Blank
　　on behalf of Creditor THE MONEY SOURCE INC. jblank@pincuslaw.com, brausch@pincuslaw.com

Office of the United States Trustee
　　ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
　　cmecf@chapter13trusteewdpa.com

Thomas Song
　　on behalf of Creditor THE MONEY SOURCE INC. pawb@fedphe.com

William E. Craig
　　on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 7